# EXHIBIT A

#02329 FPM\dmm 8/21/2019 2019S-0097

Rev. 3/18

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT-LAW DIVISION

ANGELA GRANDINETTI and
MARIO GRANDINETTI,
        Plaintiffs,
    v.
UBER TECHNOLOGIES, INC., a foreign corporation; and
ZEMIN LI,
        Defendants.

No: **19 L 6970**

Motion Call "F" Time: **9:30 a.m.** Line #:_____

2005 Trial Date: _____

## **CASE MANAGEMENT ORDER**
**(Please check off all pertinent paragraphs and circle proper party name)**

- (4231) _____ 1. Written, 213(f)(1), (f)(2) and 214 discovery to be **issued** by _____ or *deemed waived*;
- (4296) _____ 2. Written, 213(f)(1), (f)(2) and 214 discovery to be **answered** by _____;
- (4218) _____ 3. Party depositions, fact 213(f)(1) and/or (2) depositions to be **completed** by _____;
- (4297) _____ 4. Plaintiff to send list & addresses of treaters and HIPAA order to Defendant(s) by _____;
- (4288) _____ 5. Subpoenas for treating physicians' records/deps to be **issued** by _____ or *deemed waived*;
- (4218) _____ 6. Treating physicians' depositions to be **completed** by _____;
- (4231) _____ 7. All dispositive motions shall be filed **no later than** _____;
- (4296) _____ 8. All SCR 215 & 216 discovery **completed** by _____;
- (4206) _____ 9. (Plaintiff) – (Defendant) – (Add. Party) shall **answer** 213 (f)(3) Interrogatories by _____;
- (4218) _____ 10. **Plaintiff's 213(f)(3)** witnesses' depositions to be **completed** by _____;
- (4218) _____ 11. **Defendant's 213(f)(3)** witnesses' depositions to be **completed** by _____;
- (4218) _____ 12. **Add. Party's 213(f)(3)** witnesses' depositions to be **completed** by _____;
- (4295) _____ 13. All fact discovery, SCR 213(f)(1) and/or SCR 213 (f)(2) discovery is closed. *(Circle if applicable)*;
- (4328) _X_ 14. The matter is continued for subsequent Focused Case Management Conference on **10/9/19** at ___ AM/PM in Room 2201 for:
  - (A) ✓ Proper Service
  - (B) ___ Appearance of Defendants
  - (C) ___ Case Value
  - (D) ✓ Pleadings Status
  - (E) ___ Discovery Status
  - (F) ___ Pre-Trial/Settlement
  - (G) ✓ Mediation Status
  - (H) ___ Trial Certification
  - (I) ___ Other: _____
- (4005) _____ 15. Case is DWP'd (4040) _____ The case is voluntarily dismissed pursuant to 735 IL CS 5/2-1009
- (4331) _____ 16. Case is stricken from CMC Call    (4284) _____ Motion Stricken Withdrawn from Call    (4330) _____ Case stricken from Motion Call

NAME: Francis Patrick Murphy/Corboy & Demetrio, P.C.

ENTER: *August 21, 2019*

ADDRESS: 33 N. Dearborn, 21st Floor, Chicago, IL 60602
PHONE: (312) 346-3191
ATTY ID#: 02329
ATTY FOR PARTY: Plaintiff(s)

JUDGE             NO.

*Associate Judge Moira S. Johnson*
*AUG 21 2019*
*Circuit Court - 1836*

**NOTICE:**
*COPIES OF ALL PRIOR CMC ORDERS MUST BE BROUGHT TO ALL CMC COURT DATES*

*FAILURE OF ANY PARTY TO COMPLY WITH THIS CMC ORDER WILL BE BASIS FOR SCR 219 (C) SANCTIONS. FAILURE OF ANY PARTY TO ENFORCE THIS CMC ORDER WILL CONSTITUTE A WAIVER OF SUCH DISCOVER BY THAT PARTY.*

Civil Action Cover Sheet    #02329    FPM\dmm    6/13/2019 Person2019L0097    (Rev. 6/19/03) CCL 0520

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

ANGELA GRANDINETTI and
MARIO GRANDINETTI,
         Plaintiffs,
v.

UBER TECHNOLOGIES, INC., a foreign corporation; and
ZEMIN LI,
         Defendants.

No. 2019L006970

FILED
6/24/2019 3:19 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006970

5530448

## CIVIL ACTION COVER SHEET

A Civil Action Cover Sheet shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate general category and then check the sub-category thereunder, if applicable, which best characterizes your action.

Jury Demand     ☒ Yes    ☐ No

(FILE STAMP)

☒ **PERSONAL INJURY/WRONGFUL DEATH**
    ☒ 027 Motor Vehicle
    ☐ 040 Medical Malpractice
    ☐ 047 Asbestos
    ☐ 048 Dram Shop
    ☐ 049 Product Liability
    ☐ 051 Construction Injuries (including Structural Work Act, Road Construction Injuries Act and negligence)
    ☐ 052 Railroad/FELA
    ☐ 053 Pediatric Lead Exposure
    ☐ 061 Other Personal Injury/Wrongful Death
    ☐ 063 Intentional Tort
    ☐ 064 Miscellaneous Statutory Action
        *(Please Specify Below)*
    ☐ 065 Premises Liability
    ☐ 078 Fen-phen/Redux Litigation
    ☐ 199 Silicone Implant

☐    062    **PROPERTY DAMAGE**

☐    066    **LEGAL MALPRACTICE**

☐ **TAX & MISCELLANEOUS REMEDIES**
    ☐ 007 Confession of Judgment
    ☐ 008 Replevin
    ☐ 009 Tax
    ☐ 015 Condemnation
    ☐ 017 Detinue
    ☐ 029 Unemployment Compensation
    ☐ 036 Administrative Review Action

    ☐ 085 Petition to Register Foreign Judgement

    ☐ 099 All Other Extraordinary Remedies

☐ **COMMERCIAL LITIGATION**
    ☐ 002 Breach of Contract
    ☐ 070 Professional Malpractice
        (other than legal or medical)
    ☐ 071 Fraud
    ☐ 072 Consumer Fraud
    ☐ 073 Breach of Warranty
    ☐ 074 Statutory Action
        *(Please Signify Below**)*
    ☐ 075 Other Commercial Litigation
        *(Please Signify Below**)*
    ☐ 076 Retaliatory Discharge

☐    077    **LIBEL/SLANDER**

☐ **OTHER ACTIONS**
    ☐ 079 Petition for Qualified Orders
    ☐ 084 Petition to Issue Subpoena
    ☐ 100 Petition for Discovery

**_____

By: _/s/ Francis Patrick Murphy_
Francis Patrick Murphy

☒ Attorney No. 02329     ☐ Pro Se 99500

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

#02329    FPM\dmm    6/13/2019                                              2019N-0097

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

FILED
6/24/2019 3:19 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006970

ANGELA GRANDINETTI and
MARIO GRANDINETTI,

        Plaintiffs,

v.                                          No. 2019L006970

UBER TECHNOLOGIES, INC.,
a foreign corporation; and
ZEMIN LI,

        Defendants.

## JURY DEMAND

The undersigned hereby demands trial by jury.

                                                                     Francis Patrick Murphy

Francis Patrick Murphy
CORBOY & DEMETRIO, P.C.
Attorneys for Plaintiffs
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No.
Primary E-Mail: ccfiling@corboydemetrio.com

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

#02329    FPM\dmm    6/13/2019                                              2019N-0097

FILED
6/24/2019 3:19 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006970

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

ANGELA GRANDINETTI and
MARIO GRANDINETTI,

           Plaintiffs,

    v.                       No. 2019L006970

UBER TECHNOLOGIES, INC.,
a foreign corporation; and
ZEMIN LI,

           Defendants.      **PLAINTIFFS DEMAND TRIAL BY JURY**

## COMPLAINT AT LAW

Plaintiff, ANGELA GRANDINETTI and MARIO GRANDINETTI, and each of them, by and through their attorneys, CORBOY & DEMETRIO, P.C., complaining of defendants, UBER TECHNOLOGIES, INC., a foreign corporation (hereinafter "UBER"); and ZEMIN LI, and each of them, state:

## COUNT I

### Negligence – Uber; Li

1. On April 7, 2019, Orleans Street was a public roadway which ran in a north/south direction, and Hubbard Street was a public roadway which ran in a westerly direction, and these public roadways intersected in the City of Chicago, County of Cook, State of Illinois.

2. On and before April 7, 2019, defendant, UBER, was a transportation network company and offered ride-sharing matches between riders and drivers using its Uber app.

3. On April 7, 2019, defendant, ZEMIN LI, was operating a motor vehicle under the Uber driver app and accepted a ride request from plaintiff, ANGELA GRANDINETTI.

4. At the time and place aforesaid, plaintiff, ANGELA GRANDINETTI, was a passenger in the vehicle operated by defendant, ZEMIN LI.

4. At the time and place aforesaid, plaintiff, ANGELA GRANDINETTI, was a passenger in the vehicle operated by defendant, ZEMIN LI.

5. At the time and place aforesaid, defendant, ZEMIN LI, owned and operated a motor vehicle in a northbound direction along and upon Orleans Street.

6. At the time and place aforesaid, Michael Reinhart owned and operated a motor vehicle in a westbound direction along and upon Hubbard Street.

7. At the time and place aforesaid, the front of the vehicle operated by Michael Reinhart came into contact with the passenger side of the vehicle operated by defendant, ZEMIN LI.

8. At the time and place aforesaid, defendant, ZEMIN LI, had the duty to exercise ordinary care in the operation of his vehicle.

9. At the time and place aforesaid, defendant, ZEMIN LI, was an agent of defendant, UBER.

10. At the time and place aforesaid, defendants, UBER and ZEMIN LI, and each of them, did then and there do one or more of the following acts or omissions:

    a. entered the intersection on the red light;

    b. failed to yield the right-of-way to vehicles which had a steady green light; and

    c. failed to keep a proper lookout.

11. As a direct and proximate cause of one or more of the above, plaintiff, ANGELA GRANDINETTI, sustained injuries of a personal and pecuniary nature.

WHEREFORE, plaintiff, ANGELA GRANDINETTI, demands judgment against defendants, UBER TECHNOLOGIES, INC., a foreign corporation; and ZEMIN LI, and each of them, for a sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS.

## COUNT II

**Negligence – Loss of Consortium - Uber; Li**

1. On April 7, 2019, Orleans Street was a public roadway which ran in a north/south direction, and Hubbard Street was a public roadway which ran in a westerly direction, and these public roadways intersected in the City of Chicago, County of Cook, State of Illinois.

2. On and before April 7, 2019, defendant, UBER, was a transportation network company and offered ride-sharing matches between riders and drivers using its Uber app.

3. On April 7, 2019, defendant, ZEMIN LI, was operating a motor vehicle under the Uber driver app and accepted a ride request from Angela Grandinetti.

4. At the time and place aforesaid, Angela Grandinetti was a passenger in the vehicle operated by defendant, ZEMIN LI.

5. At the time and place aforesaid, defendant, ZEMIN LI, owned and operated a motor vehicle in a northbound direction along and upon Orleans Street.

6. At the time and place aforesaid, Michael Reinhart owned and operated a motor vehicle in a westbound direction along and upon Hubbard Street.

7. At the time and place aforesaid, the front of the vehicle operated by Michael Reinhart came into contact with the passenger side of the vehicle operated by defendant, ZEMIN LI.

8. At the time and place aforesaid, defendant, ZEMIN LI, had the duty to exercise ordinary care in the operation of his vehicle.

3

9. At the time and place aforesaid, defendant, ZEMIN LI, was an agent of defendant, UBER.

10. At the time and place aforesaid, defendants, UBER and ZEMIN LI, and each of them, did then and there do one or more of the following acts or omissions:

    a. entered the intersection on the red light;

    b. failed to yield the right-of-way to vehicles which had a steady green light; and

    c. failed to keep a proper lookout.

11. As a direct and proximate cause of one or more of the above, Angela Grandinetti sustained injuries of a personal and pecuniary nature.

12. On April 7, 2019, plaintiff, MARIO GRANDINETTI, was the lawfully wedded spouse of Angela Grandinetti; and as a further proximate cause of one or more of the acts or omissions in Paragraph 10 above, plaintiff, MARIO GRANDINETTI, has suffered the loss of consortium of his spouse, Angela Grandinetti.

WHEREFORE, plaintiff, MARIO GRANDINETTI, demands judgment against defendants, UBER TECHNOLOGIES, INC., a foreign corporation; and ZEMIN LI, and each of them, for a sum of money in excess of FIFTY THOUSAND ($50,000.00) DOLLARS.

                                              Francis Patrick Murphy

Francis Patrick Murphy
Corboy & Demetrio, P.C.
Attorneys for Plaintiffs
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329
Primary E-Mail: ccfiling@corboydemetrio.com

4

#02329   6/13/2019 FPM\dmm                                                                                               2019N-0097

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

FILED
6/24/2019 3:19 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006970

ANGELA GRANDINETTI and
MARIO GRANDINETTI,

          Plaintiffs,

v.

UBER TECHNOLOGIES, INC.,
a foreign corporation; and
ZEMIN LI,

          Defendants.

No. 2019L006970

## AFFIDAVIT

I, FRANCIS PATRICK MURPHY, state under oath

1.     I am an attorney associated with Corboy & Demetrio, P.C. and am responsible for filing of the Complaint at Law in this matter.

2.     The total of money damages sought by plaintiffs does exceed $50,000.00, exclusive of interest and costs.

_____
CORBOY & DEMETRIO, P.C.
By: Francis Patrick Murphy

SUBSCRIBED and SWORN to before me
this 24th day of June, 20 19.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
KATHLEEN SCHULTZ
Notary Public, State of Illinois
My Commission Expires 03-18-2021

Francis Patrick Murphy
CORBOY & DEMETRIO, P.C.
Attorneys for Plaintiffs
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329
Primary E-Mail: ccfiling@corboydemetrio.com



# SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

**CASE NUMBER:** 2019L006970  **SHERIFF NUMBER:** 03135680  **MULT. SER.:** 2  **DOC. TYPE:** LAW
**DIE DATE:** 07/17/2019  **RECEIVED DATE:** 06/25/2019  **FILED DATE:** 06/24/2019  **DIST:** 604

| | |
|---|---|
| **DEFENDANT:** UBER TECHNOLOGIES INC | **PLAINTIFF:** GRANDINETTI, ANGELA AND MARIO |
| **ADDRESS:** 208 S LASALLE | **ATTORNEY:** CORBOY & DEMETRIO |
| **CITY:** CHICAGO | **ADDRESS:** 208 N DEARBORN 21STFL |
| **STATE:** IL  **ZIP CODE:** 60604 | **CITY:** CHICAGO |
| **ATTACHED FEE AMT:** | **STATE:** IL  **ZIP CODE:** 60602 |
| **SERVICE INFORMATION:** RM 801 C/O CT CORPORATION SYSTEM | |

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE DAY OF _____ 20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☑ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

**\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

**(8)** AND BY MAILING ON THE ___ DAY OF _____ 20 ____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ☐ (01) NO CONTACT | ☐ (05) WRONG ADDRESS | ☐ (09) DECEASED |
| ☐ (02) MOVED | ☐ (06) NO SUCH ADDRESS | ☐ (10) NO REGISTED AGENT |
| ☐ (03) EMPTY LOT | ☐ (07) EMPLOYER REFUSAL | ☐ (11) OUT OF COOK COUNTY |
| ☐ (04) NOT LISTED | ☐ (08) CANCELLED BY PLAINTIFF ATTY | ☐ (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:**

**WRIT SERVED ON:** K STARKS
**SEX:** F  **RACE:** BL  **AGE:** 40
**THIS** 03 **DAY OF** July **20** 19
**TIME:** 10:00 AM

**ATTEMPTED SERVICES**
Date  Time  Star #

**THOMAS J. DART,**
**SHERIFF, BY:** /S/ THOMAS, JOSHUA D/S #11069 , **DEPUTY**



## SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

**CASE NUMBER:** 2019L006970  **SHERIFF NUMBER:** 03135680  **MULT. SER.:** 2  **DOC. TYPE:** LAW
**DIE DATE:** 07/17/2019  **RECEIVED DATE:** 06/25/2019  **FILED DATE:** 06/24/2019  **DIST:** 604

| Date | Time | Star # |
|---|---|---|



# SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

| | | | | |
|---|---|---|---|---|
| **CASE NUMBER:** 2019L006970 | **SHERIFF NUMBER:** 03135679 | **MULT. SER.:** 2 | **DOC. TYPE:** LAW | |
| **DIE DATE:** 07/17/2019 | **RECEIVED DATE:** 06/25/2019 | **FILED DATE:** 06/24/2019 | **DIST:** 616 | |

**DEFENDANT:** LI, ZEMIN MR
**ADDRESS:** 239 W 18TH
**CITY:** CHICAGO
**STATE:** IL  **ZIP CODE:** 60616
**ATTACHED FEE AMT:**
**SERVICE INFORMATION:** RM 801

**PLAINTIFF:** GRANDINETTI, ANGELA AND MARIO
**ATTORNEY:** CORBOY & DEMETRIO
**ADDRESS:** 239 N DEARBORN 21STFL
**CITY:** CHICAGO
**STATE:** IL  **ZIP CODE:** 60602

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE DAY OF ___ 20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☐ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION____COMPANY____BUSINESS____PARTNERSHIP___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

**\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

**(8)** AND BY MAILING ON THE ___ DAY OF _____ 20 ____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | | | | |
|---|---|---|---|---|---|
| ☑ | (01) NO CONTACT | ☐ | (05) WRONG ADDRESS | ☐ | (09) DECEASED |
| ☐ | (02) MOVED | ☐ | (06) NO SUCH ADDRESS | ☐ | (10) NO REGISTED AGENT |
| ☐ | (03) EMPTY LOT | ☐ | (07) EMPLOYER REFUSAL | ☐ | (11) OUT OF COOK COUNTY |
| ☐ | (04) NOT LISTED | ☐ | (08) CANCELLED BY PLAINTIFF ATTY | ☐ | (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:**

**WRIT SERVED ON:** _____
**SEX:** ___ **RACE:** ___ **AGE:** ___
**THIS** 16 **DAY OF** July **20** 19
**TIME:** ___

**ATTEMPTED SERVICES**
Date    Time    Star #

THOMAS J. DART,
SHERIFF, BY: /S/    ROMERO, ROBERT #11526    , DEPUTY



## SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

**CASE NUMBER:** 2019L006970  **SHERIFF NUMBER:** 03135679  **MULT. SER.:** 2  **DOC. TYPE:** LAW
**DIE DATE:** 07/17/2019  **RECEIVED DATE:** 06/25/2019  **FILED DATE:** 06/24/2019  **DIST:** 616

| Date | Time | Star # |
| --- | --- | --- |

FIRM ID 16741

FILED
7/31/2019 4:33 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006970

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT—LAW DIVISION**

ANGELA GRANDINETTI and
MARIO GRANDINETTI,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC.,
a Foreign Corporation; and ZEMIN LI,

    Defendants.

Case No. 2019 L 006970

## APPEARANCE

    The undersigned and the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP hereby enter the appearances of Uber Technologies, Inc. as a Defendant in the above-entitled cause and our own as general counsel and trial counsel.

/s/ Stefanie Ferrari

Loren S. Cohen
Bret D. Franco
Stefanie Ferrari
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603-5016
312.704.0550 *main*
loren.cohen@wilsonelser.com
bret.franco@wilsonelser.com
stefanie.ferrari@wilsonelser.com

***Attorneys for Uber Technologies, Inc.***

    Under the penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

/s/ Stefanie Ferrari

2751239v.1

FIRM ID 16741

FILED
7/31/2019 4:33 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006970

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT—LAW DIVISION

ANGELA GRANDINETTI and
MARIO GRANDINETTI,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC.,
a Foreign Corporation; and ZEMIN LI,

    Defendants.

Case No. 2019 L 006970

## NOTICE OF ROUTINE MOTION

Please take notice that, on **August 2, 2019** at **8:45 a.m.**, we shall appear before the Honorable Judge Moira Susan Johnson in Courtroom 2201 of the Richard J. Daley Center in Chicago Illinois, and then and there present Defendant Uber Technologies, Inc.'s Routine Motion for Extension of Time to Answer or Otherwise Plead, a copy of which is hereby served upon you.

**UBER TECHNOLOGIES, INC.**

By: /s/ Stefanie L. Ferrari
    Loren S. Cohen
    Bret D. Franco
    Stefanie L. Ferrari
    Wilson Elser Moskowitz Edelman & Dicker LLP
    55 West Monroe Street, Suite 3800
    Chicago, Illinois 60603-5016
    312.704.0550
    Loren.Cohen@wilsonelser.com
    Bret.Franco@wilsonelser.com
    Stefanie.Ferrari@wilsonelser.com

### Certificate of Service

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that, on July 31, 2019, she submitted to the Court for filing a true and correct copy of the foregoing instrument. Once accepted by the Court, this instrument will be served on the parties of record via File & Serve IL email notification.

    Francis Patrick Murphy
    CORBOY & DEMETRIO
    33 N Dearborn St—21st Floor
    Chicago IL 60602
    312.346.3191
    ccfiling@corboydemetrio.com

                      /s/ Aimée LaFave

FILED
7/31/2019 4:33 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006970

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT—LAW DIVISION

ANGELA GRANDINETTI and
MARIO GRANDINETTI,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC.,
a Foreign Corporation; and ZEMIN LI

    Defendants.

Case No. 2019 L 006970

## DEFENDANT UBER TECHNOLOGIES, INC.'S ROUTINE MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Uber Technologies, Inc. by its attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP, pursuant to 735 ILCS 5/2-1007 and Illinois Supreme Court Rule 183, move this Court for an extension of time, up to and including August 30, 2019, within which to answer or otherwise plead to Plaintiff's Complaint. In support of its motion, Defendant states as follows:

1. Defendant was served with Plaintiff's Complaint on or about July 3, 2019.

2. Wilson Elser Moskowitz Edelman & Dicker LLP ("Wilson Elser") was recently retained by Defendant to defend its interests in the above-referenced matter.

3. Wilson Elser filed its appearance on behalf of Defendant on July 31, 2019.

4. In order to adequately investigate this matter and respond to the Complaint, Defendant requests an additional twenty-eight (28) days from the date the responsive pleading would otherwise be due to file its answer or other responsive pleading to the Complaint.

5. Defendant's motion is not being made to occasion any delay in the ultimate disposition of this case and no prejudice will result to any party.

2750656v.1

WHEREFORE, Defendant Uber Technologies, Inc. respectfully requests that this Court enter an order granting Uber Technologies, Inc. additional time, up to and including August 30, 2019, within which to answer or otherwise plead to Plaintiff's Complaint.

**UBER TECHNOLOGIES, INC.**

By: /s/ Stefanie L. Ferrari
Loren S. Cohen
Bret D. Franco
Stefanie L. Ferrari
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603-5016
312.704.0550
Loren.Cohen@wilsonelser.com
Bret.Franco@wilsonelser.com
Stefanie.Ferrari@wilsonelser.com
Firm ID 16741

Certificate of Service

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that, on July 31, 2019, she submitted to the Court for filing a true and correct copy of the foregoing instrument. Once accepted by the Court, this instrument will be served on the parties of record via File & Serve IL email notification.

Francis Patrick Murphy
CORBOY & DEMETRIO
33 N Dearborn St—21st Floor
Chicago IL 60602
312.346.3191
ccfiling@corboydemetrio.com

/s/ Aimée LaFave

2750656v.1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT—LAW DIVISION

ANGELA GRANDINETTI and
MARIO GRANDINETTI,

    Plaintiffs,

v.

UBER TECHNOLOGIES, INC.,
a Foreign Corporation; and ZEMIN LI,

    Defendants.

Case No. 2019 L 006970

## ORDER

This cause coming to be heard upon Defendant Uber Technologies, Inc.'s Routine Motion for Extension of Time to Answer or Otherwise Plead, due notice having been given, and this Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT: Defendant Uber Technologies, Inc.'s Motion is granted. Uber Technologies, Inc. is granted additional time, up to and including August 30, 2019, within which to answer or otherwise plead to Plaintiff's Complaint.

4234

ENTERED

JUDGE    Associate Judge Moira S. Johnson

AUG -2 2019

Circuit Court - 1836

*Prepared by:*

Wilson Elser Moskowitz Edelman & Dicker LLP
*Attorneys for Uber Technologies, Inc.*
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603-5016
312.704.0550
Firm ID 16741

2750656v.1